**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JOSEPH DIES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:26-CV-176 |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The court received and considered the Report and Recommendation of United States Magistrate Judge Zack Hawthorn (Dkt. #10), recommending that Plaintiff's Pro Se Motion for Voluntary Dismissal (Dkt. #9) be granted without prejudice. No objections to the Report and Recommendation have been filed, and the time for doing so has expired.

The court concludes that the findings and conclusions of the magistrate judge are correct. Accordingly, the Report and Recommendation of the magistrate judge (Dkt. #10) is ADOPTED. It is further ORDERED that Plaintiff's Pro Se Motion for Voluntary Dismissal (Dkt. #9) is GRANTED. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. The court cautions that any subsequent complaint may be subject to a statute of limitations defense under 42 U.S.C. § 405(g). A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 9th day of November, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE